UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON WARREN,<br><br>       Plaintiff,<br><br>-against-<br><br>QUENDRY GUERRERO, ET AL.,<br><br>       Defendants. | 21-CV-11236 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued February 22, 2022, dismissing the amended complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed for failure to state a claim on which relief can be granted.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 22, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge